In re Brumfield, Ellis; Burnell, Frank; Clayton, Cleveland K.; Combs, Leroy P.; Crockett, Wardell C.; Johnson, Willie; Harris, Ray D.; Holmes, Charlie; Howard, Clifford D.; Kenney, Mose; Kenny, Sam; Lafayette, George Sr.; Landor, Joseph C.; Augustus, Leonard C.; Leonard, Marvin L.; Morris, Earl J.; Murphy, Percy; Perkins, David; Randall, Isaac Jr.; Ranel, Leroy; Robinson, Leroy; Sanford, Eddie P.; Singleton, Major Sr.; Vincent, Gary M.; Walker, Lawrence; Washington, Larry D.; Washington, Shelby; Watson, Glenn D.; Wiggins, Earl; Williams, Ernest; Robertson, Ronald L.; Taylor, James E.; Johnson, Larry K.; applying for writ of certiorari and/or review; to the Court of Appeal, First Circuit, No. CA-85-0679; Parish of East Baton Rouge, 19th Judicial District Court, Div. “K”, No. 277055; State of Louisiana — Appeals Tribunal No. 7874BR83.
Prior report: La.App., 496 So.2d 450.
Denied.